|   |   |
|---|---|
|   | **UNITED STATES DISTRICT COURT**<br>**WESTERN DISTRICT OF WASHINGTON**<br>**AT SEATTLE** |
| YOUNG YIL JO,<br><br>             Plaintiff,<br><br>      v.<br><br>SIX UNKNOWN NAMES [sic]<br>AGENTS, et al.,<br><br>             Defendants. | NO. C12-1531-JLR-JPD<br><br><br>REPORT AND<br>RECOMMENDATION |

Plaintiff Young Yil Jo, a federal prisoner in Texas, has filed a proposed 1983 complaint that has no relationship to the Western District of Washington and raises incoherent claims. (Dkt. 1.) Mr. Jo included neither the $350 filing fee nor an application to proceed *in forma pauperis* ("IFP"). Mr. Jo has already incurred four strikes under 28 U.S.C. § 1915(g) for filing similarly incomprehensible complaints. *See, e.g.*, No. C11-2159 JLR (W.D. Wash., closed Feb. 21, 2012); No. C12-76-JLR (closed Mar. 9, 2012); No. C12-77-RSL (W.D. Wash., closed Mar. 19, 2012); No. C12-420-RSL (W.D. Wash., closed May 7, 2012). Moreover, in his many cases Mr. Jo has not responded to orders to correct IFP deficiencies or prosecuted his cases aside from attempting to file them without providing payment or an IFP application.

A prisoner may not proceed IFP in a civil action if he or she has, on three or more prior occasions, brought civil actions that were dismissed for failure to state a claim upon which

REPORT AND RECOMMENDATION - 1

1 | relief may be granted, unless the prisoner is under imminent danger of serious physical injury.
2 | *See* 28 U.S.C. § 1915(g).  Nothing in Mr. Jo's proposed complaint suggests that he is under
3 | imminent danger of serious physical injury.
4 |     The Court recommends DENYING Mr. Jo the opportunity to proceed in this matter
5 | IFP, DIRECTING the Clerk to file the complaint only upon receipt of the filing fee, and
6 | CLOSING the file if no filing fee is paid within thirty (30) days of the order adopting this
7 | Report and Recommendation.
8 |     DATED this 31st day of October, 2012.

*[signature: James P. Donohue]*

JAMES P. DONOHUE
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2