FILED ——— ENTERED
LODGED ——— RECEIVED

NOV 26 2012

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

YOUNG YIL JO,                          )
                                       )
                    Plaintiff,         )    Case No. C12-1531-JLR
                                       )
          v.                           )
                                       )    ORDER
SIX UNKNOWN NAMES [sic] AGENTS, *et*   )
*al.*,                                 )
                                       )
                    Defendants.        )
_____)

The Court, having reviewed the Report and Recommendation of United States Magistrate

Judge James P. Donohue, the governing law, and the balance of the record, does hereby find and

ORDER:

(1)    The Report and Recommendation is ADOPTED;

(2)    Plaintiff is DENIED the opportunity to proceed in this matter *in forma pauperis*

       because he has already incurred four strikes under 28 U.S.C. § 1915(g) and has

       demonstrated no imminent danger of serious physical injury;

(3)    The Clerk is DIRECTED to file the complaint only upon receipt of the filing fee;

(4)    If no filing fee is paid within  thirty (30) days of this Order, the file shall be

       CLOSED; and

ORDER - 1

1    (5)    The Clerk of Court is directed to send copies of this Order to plaintiff and to

2           Magistrate Judge James P. Donohue.

3    DATED this 26th day of ___November___, 2012.

4

5

6                                          JAMES L. ROBART
                                           United States District Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER - 2