```
___FILED     ___ENTERED
___LODGED    ___RECEIVED
```
NOV 26 2012

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

YOUNG YIL JO,

        Plaintiff,

v.

SIX UNKNOWN NAMES [sic] AGENTS, et al.,

        Defendants.

Case No. C12-1531-JLR

ORDER

The Court, having reviewed the Report and Recommendation of United States Magistrate Judge James P. Donohue, the governing law, and the balance of the record, does hereby find and ORDER:

    (1)    The Report and Recommendation is ADOPTED;

    (2)    Plaintiff is DENIED the opportunity to proceed in this matter *in forma pauperis* because he has already incurred four strikes under 28 U.S.C. § 1915(g) and has demonstrated no imminent danger of serious physical injury;

    (3)    The Clerk is DIRECTED to file the complaint only upon receipt of the filing fee;

    (4)    If no filing fee is paid within thirty (30) days of this Order, the file shall be CLOSED; and

ORDER - 1

(5)  The Clerk of Court is directed to send copies of this Order to plaintiff and to Magistrate Judge James P. Donohue.

DATED this 26th day of November, 2012.

JAMES L. ROBART
United States District Judge

ORDER - 2